IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  15-cv-02171-MJW

ANGELITA V. FLORES,

Plaintiff,

v.

THE KROGER CO., *a foreign corporation and d/b/a King Soopers, Inc.*,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that :

- Plaintiff's Unopposed Motion for Leave to File First Amended Complaint and Jury Demand (Docket No. 13) is GRANTED; and

- Plaintiff shall file her First Amended Complaint and Jury Demand on or before October 23, 2015.

Date: October 20, 2015