IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02171-LTB-MJW

ANGELITA V. FLORES,

Plaintiff,

v.

DILLON COMPANIES, INC., *d/b/a King Soopers, Inc.*,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Stipulated Motion for Entry of Protective Order (docket no. 27) is GRANTED finding good cause shown.  The written Stipulated Protective Order (docket no. 27-1) is APPROVED as amended in paragraphs 6.3 and 10 and made an Order of Court.

Date: March 29, 2016